IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00669-PSF-PAC

JIM TATUM,

    Plaintiff,

v.

HAROLD D. (HAL) SIMPSON;
STEVEN J. WITTE;
HENRY DANIEL (DANNY) MARQUEZ;
JOHN SUTHERS;
TANYA T. LIGHT;
JOHN J. CYRAN;
PAUL L. BENINGTON;
DANNIS MAES; and
DAN CORSENTINO,

    Defendants,

_____

**ORDER GRANTING MOTION TO WITHDRAW
MOTION TO DISMISS**

_____

    The Court, having reviewed the State Defendants' Motion to Withdraw Motion to Dismiss (Dkt. # 42), and being fully advised in the premises, hereby

    ORDERS that the motion is GRANTED, and the State Defendants' Motion to Dismiss filed on July 11, 2005 (Dkt. # 25) is withdrawn.

    DATED:  August 5, 2005

                                          BY THE COURT:

                                          s/ Phillip S. Figa

                                          _____
                                          Phillip S. Figa
                                          United States District Judge