IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00669-PSF-PAC

JIM TATUM

Plaintiff,

vs.

HAROLD (HAL) SIMPSON,
STEVEN J. WITTE,
HENRY DANIEL (DANNY) MARQUEZ
JOHN SUTHERS
TANYA T. LIGHT
JOHN J. CYRAN,
PAUL L. BENINGTON,
DENNIS MAES, and
DAN CORSENTINO.

Defendants.

---

### ORDER GRANTING JOINT MOTION TO STAY DISCOVERY
---

**THIS MATTER**, having come before the Court, the Court having reviewed the August 3, 2005 Joint Motion to Stay Discovery submitted by Defendants in this matter, as well as plaintiff's response and defendants' reply, and being fully advised in the premises, the Court hereby

**ORDERS** that the Joint Motion to Stay Discovery (docket #37) is **granted** for the reasons stated in the subject motion. It is further

**ORDERED** that all deadlines and court appearances in the August 4, 2005 Scheduling Order, including but not limited to the November 10, 2005 settlement conference and the February 9, 2006 final pretrial conference, are **vacated**; further, all discovery in this matter is **stayed** pending recommended resolution of each Defendant's respective pending dispositive motion.

DATED this 7th day of September 2005.

                        BY THE COURT:
                        s/Patricia A. Coan
                        Patricia A. Coan, Magistrate Judge