IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00669-PSF-PAC

JIM TATUM,

    Plaintiff(s),

v.

HAROLD (HAL) SIMPSON,
STEVEN J. WITTE,
HENRY DANIEL (DANNY) MARQUEZ,
JOHN SUTHERS,
TANYA T. LIGHT,
JOHN C. CYRAN,
PAUL L. BENINGTON,
DENNIS MARES, and
DAN CORSENTINO,

    Defendant(s).

_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that State Defendants' Motion to Strike Pleading Inadvertently Filed with the Court [filed August 25, 2005] is **GRANTED.**  The Amended Certificate of Service in the matter of *Dr. John A. Dicke v. Diana Mabin, et al.,* Denver County District Court Action 02 CV 2436 [Doc. #57], filed inadvertently on August 23, 2005, is **STRICKEN**.

Dated:  September 27, 2005