IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00669-PSF-PAC

JIM TATUM,

    Plaintiff,

v.

HAROLD D. (HAL) SIMPSON;
STEVEN J. WITTE;
HENRY DANIEL (DANNY) MARQUEZ;
JOHN SUTHERS;
TANYA T. LIGHT;
JOHN J. CYRAN;
PAUL L. BENINGTON;
DENNIS MAES; and
DAN CORSENTINO,

    Defendants,

## ORDER GRANTING DEFENDANTS ADDITIONAL TIME TO FILE

Consistent with this Court's Orders directing the parties to file simultaneous briefs (Dkt. # 88) and granting plaintiff an extension of time to file additional briefing (Dkt. # 90), the Court hereby FURTHER ORDERS that the defendants also shall have to and including February 26, 2007 within which to file additional briefing in this matter.

    DATED:  February 14, 2007

                              BY THE COURT:

                              *s/ Phillip S. Figa*

                              _____
                              Phillip S. Figa
                              United States District Judge